IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01290-RBJ-MEH

ANDREW COOPER,

    Plaintiff,

v.

BORENSTEIN & ASSOCIATES, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2015.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed August 14, 2015; docket #10] is **denied as moot**. As set forth in the motion, pursuant to Fed. R. Civ. P. 15(a)(1)(B), parties may amend their pleadings once as a matter of course within 21 days after service of a motion under Fed. R. Civ. P. 12; accordingly, here, the Plaintiff need not seek leave of court. The Clerk of the Court is directed to file the First Amended Complaint, located at docket #10-1, without the "exhibit" page. Defendant shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    In light of this order, the Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 6 [filed July 30, 2015; docket #6] is **denied as moot** with leave to re-file, if Defendant so chooses, in response to the First Amended Complaint. *See Franklin v. Kan. Dep't of Corrs.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").